**WILLIAMS, Adm'r, et al., Movants, v. TALBOTT, Auditor, Opposed.**

Court of Appeals of Kentucky.

(Decided Nov. 26, 1935.)

WOODWARD, HAMILTON & HOBSON for movants.

BAILEY P. WOOTTON, Attorney General, and S. H. BROWN, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**LEWIS WHOLESALE COMPANY, Movant, v. Smith, Opposed.**

Court of Appeals of Kentucky.

(Decided Nov. 29, 1935.)

GORDON R. LEWIS and ASTOR HOGG for movant.
J. D. W. COLLINS and EMMETT FIELDS, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**BROWN'S ADMINISTRATOR, Movant, v. BROWN, Opposed.**

Court of Appeals of Kentucky.

(Decided Dec. 13, 1935.)

JOHN W. CAUDILL and OSCAR BOND for movant.

HOWARD & MAYO, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.